JOSHUA F. YOUNG (CA Bar No. 232995)
(Email: jyoung@gslaw.org)
BENJAMIN M. O'DONNELL (CA Bar No. 309119)
(Email: bodonnell@gslaw.org)
MITZI MARQUEZ-AVILA (CA Bar No. 329032)
(Email: mmarquez@gslaw.org)
EMILY OLIVENCIA-AUDET (CA Bar No. 342116)
(Email: eolivencia@gslaw.org)
**GILBERT & SACKMAN**
**A LAW CORPORATION**
800 Wilshire, Suite 1410
Los Angeles, California 90017
Telephone: (323) 938-3000
Fax: (323) 937-9139

*Attorneys for Plaintiffs Nina Baek
and Megan Ramsey*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NINA BAEK and MEGAN RAMSEY, individually and on behalf of all similarly situated current and former guests,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>MARRIOTT INTERNATIONAL, INC.; COURTYARD MANAGEMENT LLC; MARRIOTT HOTEL SERVICES, LLC, and DOES 1 through 10, inclusive,<br><br>　　　　　　　Defendants. | Case No. 2:23-cv-05944-DSF (Ex)<br><br>**NOTICE OF SETTLEMENT**<br><br>Judge:　Dale S. Fischer |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs Nina Baek and Megan Ramsey and Defendants Marriott International, Inc.; Courtyard Management LLC; and Marriott Hotel Services, LLC, have agreed to a settlement that will dispose of Plaintiffs' entire case against Defendants. The parties have executed a settlement agreement and Plaintiffs intend to file a Request for Dismissal of the entire case on or before June 10, 2024.

Dated: May 21, 2024

**GILBERT & SACKMAN**
A Law Corporation

By: /s/ Joshua F. Young
     Joshua F. Young
*Attorneys for Plaintiffs*