JOSHUA F. YOUNG (SBN 232995)
(Email: jyoung@gslaw.org)
BENJAMIN M. O'DONNELL (SBN 309119)
(Email: bodonnell@gslaw.org)
MITZI MARQUEZ-AVILA (SBN 329032)
(Email: mmarquez@gslaw.org)
EMILY OLIVENCIA-AUDET (SBN 342116)
(Email: eolivencia@gslaw.org)
**GILBERT & SACKMAN**
**A LAW CORPORATION**
800 Wilshire Boulevard, Suite 1410
Los Angeles, California 90017
Telephone: (323) 938-3000
Fax: (323) 937-9139

*Attorneys for Plaintiffs Nina Baek and Megan Ramsey*

[Additional Counsel Listed on Next Page]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NINA BAEK and MEGAN RAMSEY, individually and on behalf of all similarly situated current and former guests,<br><br>Plaintiffs,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC.; COURTYARD MANAGEMENT, LLC.; MARRIOTT HOTEL SERVICES, LLC, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-05944-DSF (Ex)<br><br>**JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE (FED.R.CIV.P. 41(a)(1)(A)(ii))**<br><br>The Honorable Dale S. Fischer |

- 1 -

MATTHEW E. LEWITZ (SBN 325379)
mlewitz@cozen.com
COZEN O'CONNOR
401 Wilshire Boulevard, Suite 850
Santa Monica, CA 90401
Tel.: 213-892-7937; Fax: 213-892-7999

PAUL K. LEARY, JR. (PA Bar No. 85402)
(admission pro hac vice pending)
pleary@cozen.com
COZEN O'CONNOR
One Liberty Place 1650 Market Street, Suite 2800
Philadelphia, PA 19103
Tel.: 215-665-2000; Fax: 215-665-2013

CHAD E. KURTZ (DC Bar No. 1016934)
(admission pro hac vice pending)
ckurtz@cozen.com
COZEN O'CONNOR
1200 19th Street, NW, Suite 300 Washington, DC 20036
Tel.: 202-463-2521; Fax: 202-640-5939

*Attorneys for Defendants, Marriott International, Inc., Courtyard Management LLC, and Marriott Hotel Services LLC*

Plaintiffs Nina Baek and Megan Ramsey and Defendants Marriott International, Inc., Courtyard Management LLC, and Marriott Hotel Services, LLC, by and through their undersigned counsel, hereby stipulate and agree as follows:

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), all parties to the case stipulate to dismissal of the entire case with prejudice, with each party to bear its own fees and costs.

**IT IS SO STIPULATED.**

Dated: June 10, 2024                     Respectfully submitted,

                                         GILBERT & SACKMAN

                                         By: */s Joshua F. Young*
                                             Joshua F. Young (SBN 232995)
                                             *Attorneys for Plaintiffs*

                                         COZEN O'CONNOR

                                         By: */s Matthew E. Lewitz*
                                             Matthew Lewitz (SBN 325379)
                                             *Attorneys for Defendants Marriott International, Inc., Courtyard Management LLC, and Marriott Hotel Services, LLC*

JOINT STIPULATION TO DISMISS CASE
2:23-cv-05944-DSF (Ex)

**Filer's Attestation Pursuant to L.R. 5-4.3.4(a)(2)**

I, Joshua F. Young, hereby attest that all signatories listed above, on whose behalf this Stipulation is being submitted, concur in the filing's content and have authorized the filing.

Dated: June 10, 2024  Respectfully submitted,

GILBERT & SACKMAN

By: */s Joshua F. Young*
Joshua F. Young
*Attorneys for Plaintiffs*
